# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STERICYCLE, INC., | Case No. 2:16-cv-1861-APG-NJK |
| Plaintiff, | ORDER |
| PATRIOT ENVIRONMENTAL SERVICES, INC., | |
| Defendant. | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 37. Defendant filed a response, and Plaintiff filed a reply. Docket Nos. 39, 40. It appears that the parties have not met and conferred since August 2016. *See* Docket Nos. 5, 37, 39, 40. Accordingly, the Court hereby **ORDERS** the parties to meet and confer. The parties shall file a status report detailing their efforts and providing the Court with any relevant updates, no later than December 13, 2016.

The Court further **ORDERS** the Clerk's Office to administratively re-open this case.

IT IS SO ORDERED.

DATED: December 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge