UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERICYCLE, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRIOT ENVIRONMENTAL SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:16-cv-1861-APG-NJK <br><br> ORDER <br><br> (Docket No. 47) |

Pending before the Court is the parties' joint motion to strike their joint status report at Docket No. 44. Docket No. 47. The parties also filed a proposed amended joint status report. Docket No. 47, Exh. A.

Accordingly, the Court hereby **GRANTS** the parties' motion. Docket No. 47. The Court **ORDERS** the Clerk's Office to **STRIKE** the parties' status report, Docket No. 44, from the docket. The Court **ORDERS** the parties to file their proposed amended joint status report, Docket No. 47, Exh. A, as a separate entry on the docket, no later than December 30, 2016.

IT IS SO ORDERED.

Dated: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge